This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**DAVID and JODI PADGETT,**

Petitioners-Appellees,

**v.**                                                        **No. 35,236**

**YOLANDA PEREZ (a/k/a YOLANDA NERI),**

Respondent-Appellant,

**and GUADALUPE PEREZ,**

Respondent.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Daylene Marsh, District Judge**

Tucker, Burns, Yoder & Hatfield
Mitchel S. Burns
Farmington, NM

for Appellees

Carpenter & Associates
Bryan Collopy
Albuquerque, NM

for Appellant

Guadalupe Perez

Glendale, AZ

Pro se Respondent

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

{1}    Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

{2}    Affirmed.

{3}    **IT IS SO ORDERED.**

_____

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**J. MILES HANISEE, Judge**